

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00458-CV

| | | |
|---|---|---|
| In the Matter of R.W. | § | From the 323rd District Court |
| | § | of Tarrant County (323-96974J-12) |
| | § | September 5, 2013 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the juvenile court's judgment. The juvenile court's judgment is modified to vacate that portion of the judgment adjudging R.W. to have engaged in delinquent conduct based on indecency with a child by contact. It is ordered that the judgment of the juvenile court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel